UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

DEEANN THORNE,

   v.

SQUARE, INC. and SUTTON BANK,

---------------------------------------------------------X

1:20-cv-05119

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Beth E. Terrell__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Terrell Marshall Law Group PLLC__ and a member in good standing of the bar(s) of the State(s) of __Washington and California__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff Deeann Thorne__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: __October 27, 2020__

Respectfully submitted,

*/s/ Beth Terrell*
_____
Signature of Movant
Firm Name __TERRELL MARSHALL LAW GROUP PLLC__
Address __936 North 34th Street, Suite 300__
          __Seattle, Washington 98103__
Email __bterrell@terrellmarshall.com__
Phone __(206) 816-6603__