UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

DEEANN THORNE,

                Plaintiff(s),

v.

SQUARE, INC. et al.,

                Defendant(s).
-----------------------------------------------------------

1:20-cv-05119

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Beth E. Terrell, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Terrell Marshall Law Group PLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Washington and California.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 26759; 178181
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:20-cv-05119 for Plaintiff Deeann Thorne.

Date 10/27/20
Seattle, WA

Signature of Movant
Firm Name Terrell Marshall Law Group PLLC
Address 936 N. 34th Street, Suite 300
Seattle, Washington 98103

Email bterrell@terrellmarshall.com
Phone (206) 816-6603

NOTARIZED [Notary seal: Holly Rota, Notary Public, State of Washington, Commission Expires 2-19-22]

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 26759 |
| OF | ) | **CERTIFICATE** |
| BETH ELLEN TERRELL | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**BETH ELLEN TERRELL**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 21, 1997, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 12th day of October, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *BETH ELLEN TERRELL*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that BETH ELLEN TERRELL, #178181, was on the 1st day of December 1995, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of October 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, *Senior Deputy Clerk*