UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEANN THORNE, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>SQUARE, INC. and SUTTON BANK,<br><br>                  Defendants. | NO. 1:20-cv-05119-NGG-RML<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

## I. STIPULATION

Plaintiff Deeann Thorne and Defendant Sutton Bank, by and through their respective counsel, stipulate that Defendant Sutton Bank may have an extension of time, through and including January 8, 2021, to respond to Plaintiff's Complaint.

DATED this 7th day of December, 2020.

| | |
|---|---|
| SCHLANGER LAW GROUP LLP | HUNTON ANDREWS KURTH LLP |
| By: /s/ Daniel A. Schlanger<br>    Daniel A. Schlanger<br>    9 East 40th Street, Suite 1300<br>    New York, New York 10016<br>    Telephone: (212) 500-6114<br>    Facsimile: (646) 612-7996<br>    Email: dschlanger@consumerprotection.net | By: */s/ Aliza Malouf*<br>    Aliza Pescovitz Malouf<br>    1445 Ross Avenue, Suite 3700<br>    Dallas, Texas 75202<br>    Telephone: (214) 979-8229<br>    Email: amalouf@hunton.com<br><br>*Attorney for Defendant Sutton Bank* |

TERRELL MARSHALL LAW
    GROUP PLLC

By:  /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
    Beth E. Terrell, *Admitted Pro Hac Vice*
    Benjamin M. Drachler, *Admitted Pro Hac Vice*
    Brittany J. Glass, *Pro Hac Vice Pending*
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
    Email: bterrell@terrellmarshall.com
    Email: bdrachler@terrellmarshall.com
    Email: bglass@terrellmarshall.com

*Attorneys for Plaintiff*

## II. ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on December 7, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        */s/Aliza Malouf*
                                                        Aliza Malouf