# SCHLANGER LAW GROUP LLP

April 1, 2021

**VIA ECF**

Hon. Nicholas G. Garaufis
U.S. District Court - E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**      *Thorne, et al. v. Square, Inc. et al.*
      **Index:**  1:20-cv-05119-NGG-RML

Your Honor:

      My firm is co-counsel to Plaintiffs in the above-referenced proposed class action, brought pursuant to the Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et seq* and state laws. I write on consent of all parties to request a brief adjournment of the premotion conference currently scheduled for this coming Monday, April 5, 2021. The reason for the request is that the attorney who was scheduled to argue on behalf of Plaintiffs has unfortunately taken ill (with Covid).

      This is a first request for adjournment. All parties consent. The parties are all available on:

- April 19 (anytime prior to 3 PM, EST),
- April 20 (anytime after 12 PM, EST)
- April 23 (anytime)

      I thank the Court for its consideration of this request.

      Respectfully,

      */s/Daniel A. Schlanger*

      Daniel A. Schlanger

cc: all counsel of record

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** dschlanger@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*