UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEANN THORNE, FLOR ALONZO, ROBIN CLEMENTS, and DEMETRIUS LOVETT *on behalf of themselves and all others similarly situated*,<br><br>                Plaintiffs,<br>   v.<br><br>SQUARE, INC. and SUTTON BANK,<br><br>                Defendants. | NO. 1:20-cv-05119-NGG-RML<br><br>**DEFENDANT SUTTON BANK'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND GUIDELINES FOR THE DIVISION OF BUSINESS AMONG THE DISTRICT JUDGES RULE 50.1(C)** |

      Pursuant to Fed. R. Civ. P. 7.1 and Guidelines for the Division of Business Among the District Judges Rule 50.1(C), Defendant Sutton Bank makes the following disclosure:

      Defendant Sutton Bank is wholly owned by Sutton Bancshares, Inc. Sutton Bancshares, Inc. is not publicly traded. Sutton Bank has no other corporate parents, subsidiaries, or affiliates.

      Respectfully submitted this 21st day of May, 2021.

                                      HUNTON ANDREWS KURTH LLP

                                      By: */s/ Aliza Malouf*
                                      Aliza Pescovitz Malouf
                                      1445 Ross Avenue, Suite 3700
                                      Dallas, Texas 75202
                                      Telephone: (214) 979-8229
                                      Email: amalouf@hunton.com
                                      *Attorney for Defendant Sutton Bank*

# **CERTIFICATE OF SERVICE**

I certify that on May 21, 2021, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Aliza Malouf*
Aliza Malouf