UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEANN THORNE, FLOR ALONZO, ROBIN CLEMENTS, and DEMETRIUS LOVETT *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SQUARE, INC. and SUTTON BANK,<br><br>　　　　　　Defendants. | No. 1:20-cv-05119-NGG |

**DECLARATION OF ERIN J. COX
IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF THEIR MOTION TO COMPEL ARBITRATION**

**ERIN J. COX**, an attorney admitted to practice law in the State of California and admitted *pro hac vice* to the United States District Court for the Eastern District of New York, hereby declares the following under the penalties of perjury:

1. I am an attorney at Munger, Tolles & Olson LLP, counsel for Defendant Square Inc., and respectfully submit this Declaration in support of Defendants' Request for Judicial Notice in Support of Their Motion to Compel Arbitration.

2. Specifically, I submit this Declaration to provide the Court with true and correct copies of the documents listed below.

**Exhibit A:** A true and correct copy of the *Order Granting Petition to Compel Arbitration, Denying Motion for Partial Summary Judgment,* Docket No. 65 in *Britt v. ContextLogic, Inc.*, Case No. 3:20-cv-04333-WHA (N.D. Cal. Apr. 9, 2021).

**Exhibit B:** A true and correct copy of the Federal Reporter decision, *Meyer v. Uber Technologies, Inc.,* 868 F.3d 66 (2d Cir. 2017).

**Exhibit C:** A true and correct copy of the Federal Reporter decision, *Nicosia v. Amazon.com, Inc.*, 384 F. Supp. 3d 254 (E.D.N.Y. 2019).

**Exhibit D:** A true and correct copy of a printout of "Additional Cash Terms of Service" dated August 19, 2017, as available on Square Inc.'s website at https://squareup.com/legal/cash-ua, archived on October 23, 2017 at Internet Archive: Wayback Machine, *accessible at* https://web.archive.org/web/20171023175728/https://squareup.com/legal/cash-ua.

**Exhibit E:** A true and correct copy of a printout of "Additional Cash Terms of Service" dated April 21, 2020, as available on Square Inc.'s website at https://cash.app/legal/us/en-us/tos, archived on November 23, 2020 at Archive Today, *accessible at* http://archive.today/2020.11.23-181654/https://cash.app/legal/us/en-us/tos.

**Exhibit F:** A true and correct copy of a printout of "General Terms of Service" dated January 1, 2020, as available on Square Inc.'s website at https://squareup.com/us/en/legal/general/ua, archived on April 20, 2020 at Internet Archive: Wayback Machine, *accessible at* https://web.archive.org/web/20200420124451/https://squareup.com/us/en/legal/general/ua.

**Exhibit G:** A true and correct copy of a printout of "Cash Card Terms of Service" dated November 6, 2017, as available on Square Inc.'s website at https://squareup.com/legal/cash-card-agreement, archived on March 14, 2018 at Internet Archive: Wayback Machine, *accessible at* https://web.archive.org/web/20180314174704/https://squareup.com/legal/cash-card-agreement.

**[Exhibit H intentionally omitted.]**

**Exhibit I:** A true and correct copy of a printout of "Cash Sutton Bank Terms of Service – Cash App Prepaid Card Program Agreement" dated May 11, 2020, as available on Square Inc.'s website at https://cash.app/legal/us/en-us/card-agreement, archived on November 11, 2020 at Internet Archive: Wayback Machine, *accessible at* https://web.archive.org/web/20201111164535/https://cash.app/legal/us/en-us/card-agreement.

**Exhibit J:** A true and correct copy of a printout of "General Terms of Service" dated April 17, 2019, as available on Square Inc.'s website at https://squareup.com/us/en/legal/general/ua, archived on July 9, 2019 at Internet Archive: Wayback Machine, *accessible at* https://web.archive.org/web/20190709193641/https://squareup.com/us/en/legal/general/ua.

Dated: Los Angeles, California
      May 21, 2021

                              /s/ *Erin J. Cox*
                              **ERIN J. COX**