UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

DEEANN THORNE, FLOR ALONZO, ROBIN CLEMENTS, and DEMETRIUS LOVETT, on behalf of themselves and all others similarly situated,

        JUDGMENT
        20-CV-5119 (NGG) (TAM)

Plaintiffs,

v.

SQUARE, INC. and SUTTON BANK,

Defendants.

------------------------------------------------------------ X

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on February 23, 2022, granting Defendants' (Dkt. 35) motion to compel; and dismissing this action with prejudice; it is

ORDERED and ADJUDGED that Defendants' (Dkt. 35) motion to compel is granted; that this action is dismissed with prejudice; and that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, NY
      February 25, 2022

                                          Brenna B. Mahoney
                                          Clerk of Court

                            By:    /s/*Jalitza Poveda*
                                          Deputy Clerk