# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEANNE THORNE, DEMETRIUS LOVETT, ROBIN CLEMENTS, and FLOR ALONZO, *on behalf of herself and all others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>SQUARE, INC. and SUTTON BANK,<br><br>*Defendants*. | Civil Action No.: 1:20-cv-05119-(NGG)(TAM)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Deanne Thorne, Demetrius Lovett, Robin Clements, and Flor Alonzo appeal to the United States Court of Appeals for the Second Circuit from the United States District Court's Memorandum & Order, ECF Doc. No. 40 (entered February 23, 2022), and the Clerk's Judgment, ECF 41 (entered February 25, 2022).

Dated: March 10, 2022.

| | |
|---|---|
| */s/ Daniel A. Schlanger*<br>Daniel A. Schlanger<br>Schlanger Law Group LLP<br>80 Broad Street, Suite 1301<br>New York, NY 10004<br>T: 212-500-6114<br>F: 646-612-7996<br>E: dschlanger@consumerprotection.net | */s/Beth E. Terrell*<br>Beth E. Terrell (admitted *pro hac vice*)<br>Terrell Marshall Law Group, PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>T: 206-816-6603<br>F: 206-319-5450<br>E: bterrell@terrellmarshall.com |

*Attorneys for Plaintiffs*

1

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing brief with the Clerk of the Court for the Eastern District of New York by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Daniel A. Schlanger*
Daniel A. Schlanger
